No. 81–407.  JONES *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 81–414.  TROIA *v.* UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 81–427.  DAVIS *v.* DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE.  C. A. D. C. Cir.  Certiorari denied.

No. 81–443.  NICHOLLS *v.* NASH ET AL.  C. A. 9th Cir. Certiorari denied.

No. 81–448.  WILSON *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 81–453.  LaBRIOLA *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 81–5129.  DeFALCO *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 81–5156.  MASIELLO *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 81–5177.  BAGLEY *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 81–5188.  REID *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 81–5279.  DAVIS *v.* G.M.C. OLDSMOBILE DIVISION. C. A. 6th Cir.  Certiorari denied.

No. 81–5319.  BONNER ET AL. *v.* WYRICK, WARDEN, MISSOURI STATE PENITENTIARY, ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 81–5320.  SETTLE *v.* SETTLE.  Sup. Ct. N. H.  Certiorari denied.